UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 03, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WEI HU,<br><br>Defendant. | Case No. 2:14-CR-00220-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  WEI HU ,

Case No.  2:14-CR-00220-KJM   Charge  21 USC 846; 21USC 841(a)1; 21 USC 853(a) , from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    __X__  Bail Posted in the Sum of $ _____

        __X__  Unsecured Appearance Bond $   200,000.00

        \_\_\_\_\_  Appearance Bond with 10% Deposit

        \_\_\_\_\_  Appearance Bond with Surety

        \_\_\_\_\_  Corporate Surety Bail Bond

        __X__  (Other):  Standard and Special Terms and Conditions

Issued at Sacramento, California on September 03, 2014 at   3:30 p.m.

By: _____
Magistrate Judge Kendall J. Newman