STUART HANLON, SBN: 66104
NATHAN PETERSON, SBN: 288968
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorneys for Defendant WEI HU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WEI HU,<br><br>            Defendant. | No. 2:14-CR-00220-KJM<br><br>**STIPULATION & [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

Defendant herein, Wei Hu, is on pretrial release; presently he is on electronic home monitoring.  Mr. Hu has had no problems while on pretrial release.  His present curfew requires him to be at home between the hours of 7 p.m and 7 a.m.

The defendant is requesting that he be allowed on Thanksgiving Day, November 27, 2014, to extend his curfew until midnight because he lives in Stockton, CA, and wants to have thanksgiving dinner with his family in Alameda, CA.  The extended curfew will accommodate the travel time between Alameda and Stockton.

Defense counsel spoke with U.S. Pretrial Services Officer Renee Basurto and she stated that Mr. Hu is in compliance with all the conditions of his pretrial release.  As this request for an extension is not for employment, medical or religious reasons, Pretrial Services will defer to the Court's discretion.

Further, defense counsel discussed this matter with Assistant U.S. Attorney Michael

McCoy and he has informed defense counsel to indicate to this Court that he has no objection to the proposed modification of curfew on Thanksgiving.

It is hereby stipulated by Stuart Hanlon, attorney for defendant herein, Wei Hu, and Mike McCoy, Assistant U.S. Attorney that Mr. Hu be allowed to modify his pretrial release conditions from home detention to extend his curfew from 7 p.m. to midnight on Thanksgiving, Thursday, November 27, 2014.

All other conditions of pretrial release remain the same.

Dated: November 25, 2014         s/Stuart Hanlon, CSBN: 66104
                                 LAW OFFICES OF HANLON & RIEF
                                 179 11th Street, 2nd Floor
                                 San Francisco, CA 94103
                                 415/864-5600
                                 stuart@stuarthanlonlaw.com

Dated: November 25, 2014         s/Michael McCoy
                                 Assistant U.S. Attorney
                                 Office of the U.S. Attorney

## **ORDER**

Good cause having been shown by stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant, Wei Hu's, pretrial release condition of home electronic monitoring be modified to allow an extension of his curfew from 7 p.m. to midnight on November 27, 2014.   All other conditions of pretrial release remain the same.

Dated:  November 26, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2