STUART HANLON (SBN 66104)
NATHAN PETERSON (SBN 288969)
LAW OFFICE OF HANLON & RIEF
1663 Mission Street, Suite 200
San Francisco, CA 94103
t. (415) 864-5600
f. (415) 865-0376
stuart@stuarthanlonlaw.com

Attorneys for Defendant Wei Hu

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WEI HU,<br><br>　　　　　Defendant | Case No.:  2:14-CR-00220-KJM<br><br>STIPULATION AND ORDER SETTING FUTURE DATES RELATED TO WITNESSES' 5TH AMENDMENT OBJECTIONS |

　　　　The defendant, by and through his counsel, Stuart Hanlon, and Daniel Malakauskas, attorney for witnesses Richard Wensel and Mingdan Wei, per the Court's order on May 26, 2016, hereby stipulate as follows:

　　　　1. Defense counsel Stuart Hanlon and counsel for the witnesses, Daniel Malakauskas, discussed this matter over the phone per the Court's order.

　　　　2. Defense counsel has obtained court records related to the state court pleas of both witnesses and provided the documents to their attorney.  Attorney Malakauskas has just received the documents and is requesting additional time to review the documents before deciding whether a hearing will be necessary.  He anticipates he will know within a week.

STIPULATION AND ORDER SETTING FUTURE DATES RELATED TO WITNESSES' 5TH AMENDMENT OBJECTIONS - 1

3. Within a week from today's date, the parties will advise the Court whether a hearing will be necessary and the scope of any agreement reached regarding testimony not privileged under the 5th Amendment.

4. Defense counsel and attorney Malakauskas have proposed that if there is to be a hearing it be scheduled in late July depending on the Court's availability – July 20th is a date agreeable for both attorneys. AUSA Highsmith has objected to this scheduling and would prefer to have the sentencing hearing completed in June. Attorney Malakauskas is starting a trial next week and does not believe that would give him sufficient time to adequately represent his clients.

5. The proposed briefing schedule, if necessary, would be as follows:

    a. Attorney Malakauskas will file a motion asserting his clients' 5th Amendment privilege by June 24, 2016;

    b. Defense counsel will file a response within 10 days; and

    c. Attorney Malakuaskas will file any reply within 4 days.

6. As defense counsel and the attorney for the witnesses have been able to agree on potential dates and a potential briefing schedule, but the government is objecting to that schedule, and as the attorney for the witnesses has just received the court file for his clients and needs time to review it before determining if a hearing will be necessary, it is respectfully requested that the Court grant the parties an additional week to determine if the 5th Amendment issue can be resolved informally, rendering the hearing moot and allowing the sentencing to go forward in June. If that request is denied, there is a scheduling conflict between the government and counsel for the witnesses that needs to be resolved.

STIPULATION AND ORDER SETTING FUTURE DATES RELATED TO WITNESSES' 5TH AMENDMENT OBJECTIONS - 2

7. In the interim, defense counsel will work with AUSA Highsmith, the interpreters, and the clerk to pick appropriate dates for continued testimony and judgment and sentencing.

Dated: June 2, 2016  /s/ STUART HANLON
_____
STUART HANLON
Attorney for Defendant WEI HU

Dated: June 2, 2016  /s/ DANIEL MALAKAUSKAS
_____
DANIEL MALAKAUSKAS
Attorney for RICHARD WENSEL and MINGDAN WEI

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

IT IS HEREBY ORDERED that:

1) The parties advise the Court if a hearing will be necessary by June 9th, 2016 and the scope of any agreement reached regarding the witnesses' testimony. If a hearing is necessary, the parties will advise the court of the hearing date and briefing schedule by June 9th, 2016.

2) In the interim, defense counsel will work with AUSA Highsmith, the interpreters, and the clerk to pick appropriate dates for continued testimony and judgment and sentencing.

**IT IS SO ORDERED.**

Dated: June 6, 2016
_____
UNITED STATES DISTRICT JUDGE