STUART HANLON, SBN: 66104
NATHAN PETERSON, SBN: 288968
LAW OFFICES OF HANLON & RIEF
1663 Mission Street, Suite 200
San Francisco, California 94103
(415) 864-5600

Attorneys for Defendant
WEI HU

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-00220-7 |
| Plaintiff, | STIPULATION AND ORDER EXTENDING SURRENDER DATE |
| v. | |
| WEI HU, | |
| Defendants. | |

      The defendant, by and through his counsel, Stuart Hanlon, and the United States, by and through its counsel, Assistant U.S. Attorney Ross Naughton, hereby stipulate to the extension of defendant Wei Hu's surrender date from January 30, 2017 to February 13, 2017 for the following reasons:

      1.  Mr. Hu requests an extension of his surrender date so that he may be able to spend the Chinese New Year holiday with his family before he is incarcerated.  This is a very important holiday in the Chinese culture and the requested extension is brief - two weeks.  The Government does not oppose this request for an extension.

*WEI HU: Stip and Order Extending Surrender Date*

Dated: December 15, 2016

/s/ Stuart Hanlon

_____
STUART HANLON
Counsel for Defendant Wei Hu

Dated: December 15, 2016

/s/ Ross Naughton

_____
ROSS NAUGHTON
Assistant United States Attorney

*WEI HU: Stip and Order Extending Surrender Date*

## **ORDER**

Good cause having been shown, **IT IS HEREBY ORDERED** that Wei Hu's surrender date be extended from January 30, 2017 to February 13, 2017.

**IT IS SO ORDERED.**

Dated:  December 20, 2016

_____
UNITED STATES DISTRICT JUDGE

*WEI HU: Stip and Order Extending Surrender Date*