UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller  **RE: Wei Hu**
United States District Judge  **Docket Number: 2:14CR00220-007**
Sacramento, California  **PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Wei Hu is requesting permission to travel to Hong Kong. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 9, 2016, Wei Hu was sentenced for the offense of 21 U.S.C. 846 and 841(a)(1), Conspiracy to Manufacture Marijuana (Class C Felony).

**Sentence Imposed:** 12 months 1 day custody in Bureau of Prisons; 3 years Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** April 5, 2018, through May 15, 2015. Mode of travel is airline.

**Purpose:** Vacation.

**RE:     Wei Hu
        Docket Number:  2:14CR00220-007
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


Respectfully submitted,


/s/ Adrian Garcia
**ADRIAN GARCIA
United States Probation Officer**

Dated:   March 28, 2018
         Fresno, California
         AG/dp


**REVIEWED BY:**        /s/ Tim D. Mechem
                        **TIM D. MECHEM
                        Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

DATED:  April 4, 2018.

_____
UNITED STATES DISTRICT JUDGE