**M E M O R A N D U M**

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE: Wei Hu**<br>**Docket Number: 2:14CR00220-007**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Wei Hu is requesting permission to travel to Vancouver and Toronto, Canada. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 9, 2016, Wei Hu was sentenced for the offense of 21 U.S.C. 846 and 841(a)(1), Conspiracy to Manufacture Marijuana (Class C Felony).

**Sentence Imposed:** 12 months and 1 day custody in Bureau of Prisons; 3 years Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** August 29, 2018, through September 10, 2018. Mode of travel is by airline.

**Purpose:** Vacation.

**RE:** Wei Hu
      Docket Number:  2:14CR00220-007
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*Adrian Garcia*
**ADRIAN GARCIA**
**United States Probation Officer**

Dated:    August 7, 2018
            Fresno, California
            AG/dp

**REVIEWED BY:**      *Tim D. Mechem*
                        **TIM D. MECHEM**
                        **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

DATED:  August 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

2