UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE:** **Wei Hu**<br>**Docket Number: 2:14CR00220-007**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Wei Hu is requesting permission to travel to Hong Kong. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 9, 2016, Wei Hu was sentenced for the offense of 21 U.S.C. 846 and 841(a)(1), Conspiracy to Manufacture Marijuana (Class C Felony).

**Sentence Imposed:** 12 months and 1 day custody in Bureau of Prisons; 3 years Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** October 10, 2018, through October 31, 2018. Mode of travel is by airline.

**Purpose:** Vacation.

**RE:	Wei Hu**
**Docket Number:  2:14CR00220-007**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,



**ADRIAN GARCIA**
**United States Probation Officer**

Dated:	October 1, 2018
	Fresno, California
	AG/dp

**REVIEWED BY:**	*Tim D. Mechem*
	**TIM D. MECHEM**
	**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

Dated:  October 9, 2018.
	_____
	UNITED STATES DISTRICT JUDGE

2