UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Kimberly J. Mueller  **RE:** **Wei Hu**
United States District Judge  **Docket Number: 2:14CR00220-07**
Sacramento, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Wei Hu is requesting permission to travel to Hong Kong, China. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 9, 2016, Wei Hu was sentenced for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Manufacture Marijuana (Class C Felony).

**Sentence Imposed:** 12 months and 1 day custody in Bureau of Prisons; 3 years Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** March 1, 2019, through May 26, 2019. Mode of travel is by airline.

**Purpose:** Vacation.

1

**RE:** Wei Hu
   **Docket Number: 2:14CR00220-07**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,



**ADRIAN GARCIA**
**United States Probation Officer**

Dated: February 19, 2019
   Fresno, California
   AG/rv

**REVIEWED BY:**   */s/ Tim Mechem*
   **TIM D. MECHEM**
   **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

DATED: February 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

2