UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE:** **Wei Hu**<br>**Docket Number: 2:14CR00220-07**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Wei Hu is requesting permission to travel to Hong Kong, China. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 9, 2016, Wei Hu was sentenced for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Manufacture Marijuana (Class C Felony).

**Sentence Imposed:** 12 months and 1 day custody in the Bureau of Prisons; 3 years Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** September 12, 2019, through October 26, 2019. Mode of travel is by airline.

**Purpose:** Vacation.

**RE:    Wei Hu**
    **Docket Number:  2:14CR00220-07**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                            Respectfully submitted,

                            **ADRIAN GARCIA**
                            **United States Probation Officer**

Dated:    August 30, 2019
            Fresno, California
            AG/rmv

**REVIEWED BY:**        */s/ Brian J. Bedrosian*
                            **Brian J. Bedrosian**
                            **Assistant Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

    ☒ Approved    ☐ Disapproved

**DATED:**  September 9, 2019.

                            _____
                            UNITED STATES DISTRICT JUDGE

2